UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
(STATESVILLE)



UNITED STATES OF AMERICA )
)
    Plaintiff, )
)
v. ) Case No. 5:03-cr-00012-RLV-10
)
EDWARD MONROE LITTLE, )
)
    Defendant. )
)
)

## ORDER TO DISCLOSE PRE-SENTENCE REPORT

Pursuant to Local Criminal Rule 32.3, the Court hereby orders that the United States Probation Office for the Western District of North Carolina release to counsel for Defendant Edward Monroe Little ("Defendant"), namely Laura C. Miller, Randolph T. Apple and Kilpatrick Townsend & Stockton LLP, the pre-sentence report and any objections or amendments thereto (collectively, the "Report") for Defendant so that the Report may be used in connection with the evaluation and potential preparation and submission of a petition for commutation of sentence on Defendant's behalf.

It is SO ORDERED, this the 27th day of March, 2015.

_____
United States District Judge